NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1082

EDWARD C. DEDRICK

Plaintiff-Appellant,

v.

Kathie Ann Whipple, ACTING DIRECTOR, OFFICE OF PERSONNEL MANAGEMENT,

Defendant-Appellee,

and

Pete Geren, SECRETARY OF THE ARMY,

Defendant.

Appeal from the United States District Court for the District of Maryland in case no. 07-CV-0429, Judge William D. Quarles, Jr.

ON MOTION

Before PROST, Circuit Judge.

## ORDER

The court treats the Acting Director's letter dated January 9, 2009 as a motion to reform the caption to reflect that the portion of the case involving the Secretary of the Army was not transferred to this court by the United States District Court for the District of Maryland. Edward C. Dedrick responds. The Acting Director also moves for extensions of time, until February 25, 2009, to file a brief. The Acting Director states Dedrick opposes the extensions of time.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted. The revised official caption is reflected above.

FOR THE COURT

FEB 2 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 02 2009

JAN HORBALY
CLERK

cc:    Edward C. Dedrick
       Dawn E. Goodman, Esq.

s20

2009-1082                          - 2 -